```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21347
    KEVIN C STRONG
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2032


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/14/07 and confirmed on 01/11/08.

    2.  The case was converted to Chapter 7 after confirmation, 11/12/2008.

    3.  The Debtor paid a total of $   2275.00 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------
CITIZENS BANK              SECURED VEHIC          .00              .00             .00
B REAL LLC                 UNSECURED         7508.51              .00             .00
B REAL LLC                 UNSECURED         6724.64              .00             .00
ECMC                       UNSECURED             .00              .00             .00
CALIFORNIA STUDENT AID C   UNSECURED             .00              .00             .00
DELL FINANCIAL SERVICES    UNSECURED          455.79              .00             .00
CHASE BANK USA             UNSECURED          643.98              .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          446.67              .00             .00
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00     15779.59         .00      15779.59
PRINCIPAL PAID          .00         .00          .00         .00           .00
INTEREST PAID           .00         .00          .00         .00           .00
TOTAL PAID              .00         .00          .00         .00           .00
The Debtor's attorney, JOHN C DENT                 , was allowed $   3500.00
and was paid $   315.00   direct and $   2143.05   through the plan.

The Trustee received $    131.95 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




    Dated: 02/12/09              /S/
                              GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 21347 KEVIN C STRONG